UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Crouch P.C.
Nicholas, Fitzgerald, Esq (NF6129)
649 Newark Avenue
Jersey City, NJ 07306
Phone: 201-533-1100
Counsel for the Debtor

In Re:

Richard T Drude

Case No.: 19-19333
Chapter: 13
Adv. No.: 
Hearing Date: 6/27/19
Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, __Deblym Corbin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__ , who represents __Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 11, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice to all creditors that the 341(a) has been adjourned to Thursday, June 27, 2019 at 2:00 p.m. at Office of the Chapter 13 Trustee 1AAA Drive, Suite 101, Robbinsville, NJ

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __6/11/19__                    Signature: _____

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard T Drude<br>9 Forest Park Terrace<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trsustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G McDonald, Esq.<br>KML Law Group PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Creditor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**AmeriCredit Financial Services, Inc.**
dba GM Financial
P O Box 183853
Arlington, TX 76096

(518262407)
(cr)

**AmeriCredit/GM Financial**
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

(518231553)
(cr)

**Apothaker Scian PC**
Attn: Kimberly F Scian
520 Fellowship Road
Mount Laurel, NJ 08054

(518231554)
(cr)

**Cavalry Portfolio Services**
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595

(518231555)
(cr)

**Cavalry SPV I LLC**
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

(518231556)
(cr)

**Citibank**
PO Box 653095
Dallas, TX 75265

(518231557)
(cr)

**Citizens Financial Group**
Franklin American Mortgage
6100 Tower Circle, Ste 600
Franklin, TN 37067

(518231558)
(cr)

**John Walling**
Court Officer
PO Box 39
Fanwood, NJ 07023

(518231559)
(cr)

**KML Law Group PC**
Attorneys At Law
216 Haddon Avenue, Suite 406
Westmont, NJ 08108

(518231560)
(cr)

**Kohls/Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

(518231561)
(cr)

**LVNV Funding/Resurgent Capital**  (518231562)
PO Box 10497  (cr)
Greenville, SC 29603

**Northland Group**  (518231563)
PO Box 390905  (cr)
Minneapolis, MN 55439

**QCS**  (518231564)
Qualia Collection Services  (cr)
PO Box 4699
Petaluma, CA 94955

**Southwest Credit Systems**  (518231565)
PO Box 650543  (cr)
Dallas, TX 75265

**Verizon Wireless**  (518231566)
Attn: Verizon Wireless Bankruptcy Admini  (cr)
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

**Web Bank/Fingerhut**  (518231567)
6250 Ridgeweood Road  (cr)
Saint Cloud, MN 56303