Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−19333−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard T Drude
   9 Forest Park Terrace
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5840

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 20, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 22 − 21
Order Granting Application for Extension of Loss Mitigation (Related Doc # 21). Loss Mitigation Period Extended to: 11/19/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/20/2019. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 20, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard T Drude  
    Debtor

Case No. 19-19333-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 20, 2019  
                      Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.  
lm         +CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE,   6100 TOWER CIRCLE,   STE 600,    FRANKLIN, TN 37067-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:
        Albert Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Loss Mitigation    CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    Citizens Bank, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marguerite Mounier-Wells    on behalf of Debtor Richard T Drude nadiafinancial@gmail.com, mwells@fitzgeraldcrouchlaw.com  
        Nicholas Fitzgerald    on behalf of Debtor Richard T Drude nickfitz.law@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                      TOTAL: 6