| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Fitzgerald & Crouch, P.C.<br>Marguerite Mounier-Wells, Esq. (MMW5960)<br>649 Newark Avenue<br>Jersey City, New Jersey 07306<br>(201) 533-1100<br>Attorney for Debtor | |
|---|---|
| In Re:<br><br>Richard T. Drude | Order Filed on August 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| Case No.: | 19-19333 |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 20, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___May 23, 2019___ :

Property:     9 Forest Park Terrace, Monroe Twp, NJ 08831

Creditor:     Citizen Financial Group/Franklin

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___11/19/19___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-19333-MBK
Richard T Drude                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1              Date Rcvd: Aug 20, 2019
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db              +Richard T Drude,    9 Forest Park Terrace,    Monroe Township, NJ 08831-8508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Loss Mitigation    CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Citizens Bank, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marguerite    Mounier-Wells    on behalf of Debtor Richard T Drude nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com
              Nicholas    Fitzgerald    on behalf of Debtor Richard T Drude nickfitz.law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6