| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Citizens Bank, N.A. | Order Filed on October 31, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard T. Drude,<br><br>Debtor. | Case No.: 19-19333 MBK<br>Adv. No.:<br>Hearing Date: 10/15/19 @10:00 a.m.<br>Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 31, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Richard T. Drude
Case No.: 19-19333 MBK
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Citizens Bank, N.A., holder of a mortgage on real property located at 9 Forrest Park Terrace, Monroe Township, NJ, 08831, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Nicholas Fitzgerald, Esquire, attorney for Debtor, Richard T. Drude, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by November 19, 2019, or as may be extended by an application to extend the loss mitigation period; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments outside of the plan in accordance with the terms of the loss mitigation order while the loss mitigation period is active; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is to pay the arrears per the plan while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or the difference between the regular post-petition payment and the loss mitigation payment, or any other post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard T Drude  
      Debtor

Case No. 19-19333-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 31, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.  
db           +Richard T Drude,    9 Forest Park Terrace,    Monroe Township, NJ 08831-8508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:

       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Loss Mitigation    CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE    dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    Citizens Bank, N.A. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM    Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
       Kevin Gordon McDonald    on behalf of Creditor    Citizens Bank, N.A. kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Marguerite  Mounier-Wells    on behalf of Debtor Richard T Drude nadiafinancial@gmail.com,    mwells@fitzgeraldcrouchlaw.com  
       Nicholas  Fitzgerald    on behalf of Debtor Richard T Drude nickfitz.law@gmail.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 8