Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–19333–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard T Drude
   9 Forest Park Terrace
   Monroe Township, NJ 08831

Social Security No.:
   xxx–xx–5840

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     2/26/20
Time:     02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Sarah J. Crouch, Debtor's Attorney

COMMISSION OR FEES
fee: $1,500.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 30, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 19-19333-MBK    Doc 44    Filed 02/01/20    Entered 02/02/20 00:31:23    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-19333-MBK
Richard T Drude                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jan 30, 2020
                               Form ID: 137             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
```
db             +Richard T Drude,    9 Forest Park Terrace,    Monroe Township, NJ 08831-8508
lm             +CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE,     6100 TOWER CIRCLE,    STE 600,
                 FRANKLIN, TN 37067-1505
518231554      +Apothaker Scian PC,    Attn: Kimberly F Scian,    520 Fellowship Road,
                 Mount Laurel, NJ 08054-3407
518312287       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518231557      +Citibank,    PO Box 653095,    Dallas, TX 75265-3095
518356262      +Citizens Bank, N.A.,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
518231558      +Citizens Financial Group,     Franklin American Mortgage,    6100 Tower Circle, Ste 600,
                 Franklin, TN 37067-1505
518231559      +John Walling,    Court Officer,    PO Box 39,   Fanwood, NJ 07023-0039
518231560      +KML Law Group PC,    Attorneys At Law,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518231561      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518231563      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
518231564      +QCS,    Qualia Collection Services,    PO Box 4699,    Petaluma, CA 94955-4699
518231565      +Southwest Credit Systems,    PO Box 650543,    Dallas, TX 75265-0543
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2020 23:45:07      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2020 23:45:05     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 30 2020 23:44:39
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
518262407       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 30 2020 23:44:39
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518231553      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 30 2020 23:44:39
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518231555      +E-mail/Text: bankruptcy@cavps.com Jan 30 2020 23:45:25      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
518231556      +E-mail/Text: bankruptcy@cavps.com Jan 30 2020 23:45:25      Cavalry SPV I   LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
518231562      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 23:47:09
                 LVNV Funding/Resurgent Capital,    PO Box 10497,    Greenville, SC 29603-0497
518343432      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 30 2020 23:47:09      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518231566      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 30 2020 23:44:04
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
518231567      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 30 2020 23:45:35      Web Bank/Fingerhut,
                 6250 Ridgeweood Road,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518307377*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: Jan 30, 2020
                               Form ID: 137             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Loss Mitigation     CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Citizens Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.     on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
                Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald     on behalf of Creditor    Citizens Bank, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marguerite   Mounier-Wells     on behalf of Debtor Richard T Drude nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Nicholas   Fitzgerald     on behalf of Debtor Richard T Drude Fitz2Law@gmail.com
              Sarah J. Crouch     on behalf of Debtor Richard T Drude 7943@notices.nextchapterbk.com,
               nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```