| Office Mailing Address: | Send Payments **ONLY** to: |
| --- | --- |
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 19-19333 / MBK**

Richard T Drude

Petition Filed Date: 05/07/2019
341 Hearing Date: 06/06/2019
Confirmation Date: 10/15/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06/07/2019 | $129.00 | 25899382877 | 07/16/2019 | $129.00 | 25899388108 | 09/17/2019 | $129.00 | 25899398998 |
| 09/17/2019 | $129.00 | 26170901008 | 12/13/2019 | $187.00 | 24628593363 | 12/13/2019 | $187.00 | 24628593374 |
| 12/13/2019 | $129.00 | 24628593352 | | | | | | |

**Total Receipts for the Period:  $1,019.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $1,019.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| --- | --- | --- | --- | --- | --- |
| 0 | Richard T Drude | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | NICHOLAS FITZGERALD, ESQ | Attorney Fees | $2,225.00 | $971.19 | $1,253.81 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 HONDA ODYSSEY | Debt Secured by Vehicle | $480.91 | $0.00 | $480.91 |
| 2 | CAVALRY SPV I, LLC<br>»»  CITIBANK JUDGMENT DC-007209-17 | Unsecured Creditors | $273.91 | $0.00 | $273.91 |
| 3 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $1,278.39 | $0.00 | $1,278.39 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,224.83 | $0.00 | $1,224.83 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $195.76 | $0.00 | $195.76 |
| 6 | CITIZENS BANK, N.A.<br>»»  P/9 FOREST PARK TERRACE/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $89,240.39 | $0.00 | $89,240.39 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 HONDA ODYSSEY/ORDER 12/17/19 | Debt Secured by Vehicle | $531.00 | $0.00 | $531.00 |

**Chapter 13 Case No. 19-19333 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,019.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $971.19 | Current Monthly Payment: | $187.00 |
| Paid to Trustee: | $47.81 | Arrearages: | $245.00 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**