UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Fitzgerald & Associates
James J. Fitzpatrick, Esq. (JF7028)
649 Newark Avenue
Jersey City, New Jersey 07306
Phone (201) 533-1100
Fax (201) 533-1111
Counsel for the Debtor

In Re:

Richard T. Drude

Case No.: 19-19333

Judge: Kaplan

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☑ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed

   by_____, creditor,

   A hearing has been scheduled for _____, at _____m.

   OR

   ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____m.

   ☑ Certification of Default filed by __AmeriCredit Financial Svc__, creditor,

   I am requesting a hearing be scheduled on this matter.

   OR

   ☐ Certification of Default filed by Standing Chapter 13 Trustee

   I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (choose one):

- [x] Payments have been made in the amount of $ __1,100.00__, but have not been accounted for. Documentation in support is attached hereto.

- [ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

- [ ] Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: __March 3, 2020__                              _[signature]_
                                                     Debtor's Signature

Date: _____                         _____
                                                     Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*

Western Union Financial Services, Inc.
P.O. Box 8525
Coral Springs FL 33075

RMT ▲ 008284

Richard Drude
9 Forest Park Ter
Monroe Township NJ 08831-8508

March 5, 2020

This is Your Western Union® Money Transfer receipt and confirms Your authorization for a one-time electronic bill payment to GM Financial on 3/3/2020 9:11:58 AM. The Total amount will be debited from, or charged to, Your Bank Account or Card listed below.

Confirmation Number: 0106541785

Account Number with Receiver: ********3881
Your Bank Account or Card #: *****7522

Receiver: GM Financial
4001 Embarcadero
Arlington TX 76014

Date Available for Posting: 03/03/2020

Payment Amount: $1,100.00
Money Transfer Fee: $10.00
Additional Fees: $0.00
Transfer Taxes: $0.00
Total: $1,110.00

Please contact GM Financial directly at the address listed above, or by calling toll-free to 1-800-284-2271 if you have questions about the posting of this Payment to Your GM Financial account ending with ********3881.

TEXAS CONSUMERS: Complaints concerning sale of checks or money transmission activities should be directed to: Western Union Financial Services, Inc., P.O. Box 6036, Englewood, Colorado 80112 or call 1-800-325-4045. After first contacting Western Union, if you still have an unresolved complaint regarding the company's sale of checks or money transmission activities, please direct your complaint to: Texas Department of Banking, 2601 North Lamar Boulevard, Austin, Texas 78705; Telephone Number: 1-877-276-5554, Fax Number: 1-512-475-1313, e-mail address: consumer.complaints@dob.texas.gov; Website Address: www.dob.texas.gov.

THE RETAIL MONEY TRANSFER SERVICE ("Service") IS PROVIDED BY WESTERN UNION FINANCIAL SERVICES, INC. ("WESTERN UNION" OR "US") AND IS SUBJECT TO THESE TERMS AND CONDITIONS AND APPLICABLE LAW. Additional information regarding the Services may be obtained at www.westernunion.com. Each bill payment conducted through the Service is a money transfer performed by Western Union ("Payment") on behalf of you, the sender, of that money transfer ("You" or "Your"). Typically, the receiver of Your Payment ("Receiver") will post Your Payment to Your account within two (2) business days after it has been processed by Us. The amount charged to Your credit card or withdrawn from Your account (listed above as "Total Payment Amount") includes the amount of Your Payment to the Receiver and the Western Union Transfer Fee. Your bank or bank card issuer may also assess fees or charges related to the Payment. Western Union is not involved in the administration or collection of Your account with the Receiver, nor is Western Union involved or associated with the goods and/or services provided by Receiver. If You have any questions regarding Your Payment, or wish to make corrections to the information listed above, please contact Western Union at the address or telephone number listed below.

Cancellations and Refunds: Except as required by law, You may not cancel a Payment once it has been charged to Your credit card or debited from Your bank account. Except as required by law, no refunds of the payment or the Western Union Transfer Fee are available after Your credit card or bank account has been charged or debited.

The following provision applies only to Payment transactions from California: RIGHT TO REFUND: "You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if Western Union does not forward the money received from You within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by You within 10 days of the date of the receipt of the funds from You unless otherwise instructed by You. If Your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted You have a right to a refund of Your money. If You want a refund, You must mail or deliver Your written request to Western Union at PO Box 6036, Englewood, CO 80112. If You do not receive Your refund, You may be entitled to Your money back plus a penalty of up to $1,000 and attorney's fees pursuant to Section 2102 of the California Financial Code."