Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−19333−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard T Drude
   9 Forest Park Terrace
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5840

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on April 2, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 63 − 62
Order Granting Application for Extension of Loss Mitigation (Related Doc # 62). Loss Mitigation Period Extended to: JUNE 18, 2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/2/2020. (wir)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 2, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard T Drude  
     Debtor

Case No. 19-19333-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 02, 2020  
                          Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
```
db             +Richard T Drude,    9 Forest Park Terrace,    Monroe Township, NJ 08831-8508
lm             +CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE,    6100 TOWER CIRCLE,    STE 600,
                 FRANKLIN, TN 37067-1505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Loss Mitigation    CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Citizens Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Richard T Drude nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Citizens Bank, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marguerite  Mounier-Wells    on behalf of Debtor Richard T Drude nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Martin C. Latinsky    on behalf of Debtor Richard T Drude mlatin56@gmail.com,
               latinskyfitzlaw@gmail.com
              Nicholas  Fitzgerald    on behalf of Debtor Richard T Drude Fitz2Law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```