UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 19-19333

Chapter: 13

In Re:

Richard T. Drude

Adv. No.:

Hearing Date:

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, Nadia Loftin :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Nicholas Fitzgerald, Esq. , who represents Richard T. Drude in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On April 6, 2020 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Respecting Request for Extension of the Loss Mitigation Period

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 6, 2020

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard T. Drude<br>9 Forest Park Terrace<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citizens Financial Group<br>Franklin American Mortgage<br>6100 Tower Circle, Suite 600<br>Franklin, TN 37067 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |