UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq.,JF7028
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100

Order Filed on September 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard T. Drude

Case No.: 19-19333

Chapter: 13

Judge: Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby ORDERED.

DATED: September 9, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on June 24, 2020:

Property:    9 Forest Park Terrace, Monroe Twp, NJ 08831

Creditor:    Citizen Financial Group/Franklin

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by Debtor, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by , and for good cause shown,

It is hereby ORDERED that,

[x] The Loss Mitigation Period is extended up to and including 12/18/20.

[ ] The Loss Mitigation Period is terminated, effective .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-19333-MBK
Richard T Drude                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 1           Date Rcvd: Sep 09, 2020
                        Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
db              +Richard T Drude,    9 Forest Park Terrace,    Monroe Township, NJ 08831-8508
aty             +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                  Jersey City, NJ 07306-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Loss Mitigation    CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Citizens Bank, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      James J. Fitzpatrick    on behalf of Debtor Richard T Drude nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
      John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
       Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    Citizens Bank, N.A. kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marguerite   Mounier-Wells    on behalf of Debtor Richard T Drude nadiafinancial@gmail.com,
       mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
      Martin C. Latinsky    on behalf of Debtor Richard T Drude mlatin56@gmail.com,
       latinskyfitzlaw@gmail.com
      Nicholas   Fitzgerald    on behalf of Debtor Richard T Drude Fitz2Law@gmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                   TOTAL: 11