| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-19333 / MBK

Richard T Drude

Petition Filed Date: 05/07/2019
341 Hearing Date: 06/06/2019
Confirmation Date: 10/15/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/25/2020 | $187.00 | 26538339172 | 03/25/2020 | $214.00 | 26538339183 | 04/08/2020 | $214.00 | 26538340555 |
| 05/19/2020 | $295.00 | 68002260 | 05/27/2020 | $241.00 | 68153780 | 06/23/2020 | $264.00 | 68831550 |
| 08/04/2020 | $264.00 | 69895680 | 09/01/2020 | $264.00 | 70528710 | 10/15/2020 | $264.00 | 71574020 |
| 12/03/2020 | $528.00 | 72812250 | | | | | | |

**Total Receipts for the Period: $2,735.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,754.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Richard T Drude | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | NICHOLAS FITZGERALD, ESQ | Attorney Fees | $2,225.00 | $1,940.72 | $284.28 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC. »» 2012 HONDA ODYSSEY | Debt Secured by Vehicle | $480.91 | $0.00 | $480.91 |
| 2 | CAVALRY SPV I, LLC »» CITIBANK JUDGMENT DC-007209-17 | Unsecured Creditors | $273.91 | $0.00 | $273.91 |
| 3 | CAPITAL ONE, NA »» KOHL'S | Unsecured Creditors | $1,278.39 | $0.00 | $1,278.39 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,224.83 | $0.00 | $1,224.83 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $195.76 | $0.00 | $195.76 |
| 6 | CITIZENS BANK, N.A. »» P/9 FOREST PARK TERRACE/1ST MTG | Mortgage Arrears No Disbursements: Pending Loan Mod. | $89,240.39 | $0.00 | $89,240.39 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC. »» 2012 HONDA ODYSSEY/ORDER 12/17/19 | Debt Secured by Vehicle | $531.00 | $0.00 | $531.00 |
| 0 | NICHOLAS FITZGERALD, ESQ »» ORDER 2/27/20 | Attorney Fees | $1,500.00 | $1,159.88 | $340.12 |
| 8 | AMERICREDIT FINANCIAL SERVICES, INC. »» 2012 HONDA ODYSSEY/ORDER 4/17/20 | Debt Secured by Vehicle | $531.00 | $0.00 | $531.00 |
| 0 | NICHOLAS FITZGERALD, ESQ »» ORDER 12/10/20 | Attorney Fees | $2,069.50 | $362.98 | $1,706.52 |

**Chapter 13 Case No. 19-19333 / MBK**

| SUMMARY |
| --- |

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $3,754.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $3,463.58 | Current Monthly Payment: | $378.00 |
| Paid to Trustee: | $290.42 | Arrearages: | $837.00 |
| Funds on Hand: | $0.00 | | |

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

• **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**