UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq.,/JF7028
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Richard T. Drude

Case No.: 19-19333
Chapter: 13
Adv. No.:
Hearing Date:
Judge: KAPLAN

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __Richard T. Drude__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 5, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order on Motion for Authorization to Enter into Final Loan Modification Agreement

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 05, 2021

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard T. Drude<br>9 Forest Park Terrace<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G. McDonald, Esq.<br>KML Law Group<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cenlar FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |