UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq.,/JF7028
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100\
nickfitz.law@gmail.com

Case No.: 19-19333
Chapter: 13
Adv. No.:
Hearing Date:
Judge: KAPLAN

In Re: Richard T. Drude

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __Richard T. Drude__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 08, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Respecting Request for Extension of the Loss Mitigation Period

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 08, 2021

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard T. Drude<br>9 Forest Park Terrace<br>Monroe-Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citizens Financial Group<br>Franklin American Mortgage<br>6100 Tower Circle, Suite 406<br>Franklin, TN 37067 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group<br>   Attn: Denise Carlon, Esq.<br>216 Haddon Aveue, Suite 406<br>Westmont, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |