UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
  By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Counsel for Debtor

Order Filed on July 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard T. Drude

Case No.: 19-19333-MBK

Chapter: 13

Judge: M. B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 29, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $_____2,254.50_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____2,254.50_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____645.00_____ per month for _____13_____ months to allow for payment of the above fee.

*rev.8/1/15*