| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Nicholas Fitzgerald, Esq.,/NF6129 Fitzgerald & Associates, Attorneys At Law 649 Newark Avenue Jersey City, NJ 07306 (201) 533-1100 nickfitz.law@gmail.com | Case No.: | 19-19333 |
| | Chapter: | 13 |
| In Re: Richard T. Drude | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | KAPLAN |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Nicholas Fitzgerald Esq.__, who represents __Richard T. Drude__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __July 30, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Granting Supplemental Chapter 13 Fees

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __July 30, 2021__                                    _____
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard T Drude<br>9 Forest Park Terrace<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |