UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq.,/JF7028
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Richard Drude

Case No.: 19-19333
Chapter: 13
Hearing Date:
Judge: KAPLAN

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Application for Extension of Loss Mitigation Period

Date: September 02, 2021

Signature: /s/ J. Fitzpatrick

rev. 8/1/15