Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                              Case No.:  19−19333−MBK  
                              Chapter:  13  
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Richard T Drude  
    9 Forest Park Terrace  
    Monroe Township, NJ 08831

Social Security No.:  
    xxx−xx−5840

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        2/9/22  
Time:       01:00 PM  
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)  
Nicholas Fitzgerald, Debtor's Attorney

COMMISSION OR FEES  
Fees: $1,647.00

EXPENSES  
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

       ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

       ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 12, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-19333-MBK
Richard T Drude                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                   User: admin                                                Page 1 of 3
Date Rcvd: Jan 12, 2022                                Form ID: 137                                     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T Drude, 9 Forest Park Terrace, Monroe Township, NJ 08831-8508 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| lm | + | CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE, 6100 TOWER CIRCLE, STE 600, FRANKLIN, TN 37067-1505 |
| 518231554 | + | Apothaker Scian PC, Attn: Kimberly F Scian, 520 Fellowship Road, Mount Laurel, NJ 08054-3407 |
| 518312287 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518356262 | + | Citizens Bank, N.A., c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 518231558 | + | Citizens Financial Group, Franklin American Mortgage, 6100 Tower Circle, Ste 600, Franklin, TN 37067-1505 |
| 518231559 | + | John Walling, Court Officer, PO Box 39, Fanwood, NJ 07023-0039 |
| 518231561 | + | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518231563 | + | Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 518231564 | + | QCS, Qualia Collection Services, PO Box 4699, Petaluma, CA 94955-4699 |
| 518231565 | + | Southwest Credit Systems, PO Box 650543, Dallas, TX 75265-0543 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 12 2022 20:34:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518262407 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 12 2022 20:34:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518231553 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 12 2022 20:34:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518312287 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2022 20:35:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518231555 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2022 20:34:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 518231556 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2022 20:34:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 518231557 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2022 20:35:10 | Citibank, PO Box 653095, Dallas, TX 75265-3095 |
| 518231562 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-19333-MBK    Doc 158    Filed 01/14/22    Entered 01/15/22 00:13:04    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 137 | Total Noticed: 24 |

| | | | Jan 12 2022 20:35:04 | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
|---|---|---|---|---|
| 518343432 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jan 12 2022 20:35:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518231566 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jan 12 2022 20:33:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 518231567 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Jan 12 2022 20:34:00 | Web Bank/Fingerhut, 6250 Ridgeweood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518870846 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518307377 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518231560 | ##+ | KML Law Group PC, Attorneys At Law, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Loss Mitigation CITIZENS FINANCIAL/FRANKLIN AMEREICAN MORTGAGE dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Citizens Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Richard T Drude nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 12, 2022 | Form ID: 137 | Total Noticed: 24 |

    on behalf of Creditor Citizens Bank  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marguerite Mounier-Wells

    on behalf of Debtor Richard T Drude nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com

Martin C. Latinsky

    on behalf of Debtor Richard T Drude mlatin56@gmail.com  latinskyfitzlaw@gmail.com

Nicholas Fitzgerald

    on behalf of Debtor Richard T Drude fitz2law@gmail.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11