| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022

**Chapter 13 Case No. 19-19333 / MBK**

Richard T Drude

Petition Filed Date: 05/07/2019
341 Hearing Date: 06/06/2019
Confirmation Date: 10/15/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/31/2021 | $837.00 | 75634620 | 04/26/2021 | $756.00 | 76210140 | 08/02/2021 | $454.00 | 78509690 |
| 12/07/2021 | $2,097.00 | 81320320 | 12/17/2021 | $699.00 | 81540360 | 01/21/2022 | $741.00 | 82242290 |

**Total Receipts for the Period: $5,584.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,338.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Richard T Drude | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | NICHOLAS FITZGERALD, ESQ<br>»» AMD DISCLOSURE | Attorney Fees | $2,225.00 | $2,221.24 | $3.76 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 HONDA ODYSSEY | Debt Secured by Vehicle | $480.91 | $0.00 | $480.91 |
| 2 | CAVALRY SPV I, LLC<br>»» CITIBANK JUDGMENT DC-007209-17 | Unsecured Creditors | $273.91 | $0.00 | $273.91 |
| 3 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $1,278.39 | $0.00 | $1,278.39 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,224.83 | $0.00 | $1,224.83 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $195.76 | $0.00 | $195.76 |
| 6 | CITIZENS BANK, N.A.<br>»» P/9 FOREST PARK TERR/1ST MTG/LOAN MOD ORD 4/29/21 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 HONDA ODYSSEY/ATTY FEES ORD 12/17/19 | Debt Secured by Vehicle | $531.00 | $0.00 | $531.00 |
| 0 | NICHOLAS FITZGERALD, ESQ<br>»» ORDER 2/27/20 | Attorney Fees | $1,500.00 | $1,495.50 | $4.50 |
| 8 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 HONDA ODYSSEY/ATTY FEES ORDER 4/17/20 | Debt Secured by Vehicle | $531.00 | $0.00 | $531.00 |
| 0 | NICHOLAS FITZGERALD, ESQ<br>»» ORDER 12/10/20 | Attorney Fees | $2,069.50 | $2,046.95 | $22.55 |
| 9 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 HONDA ODYSSEY/ATTY FEES 6/9/21 ORD | Debt Secured by Vehicle | $350.00 | $0.00 | $350.00 |

**Chapter 13 Case No. 19-19333 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | NICHOLAS FITZGERALD, ESQ<br>»» ORDER 7/29/21 | Attorney Fees | $2,254.50 | $2,171.34 | $83.16 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 HONDA ODYSSEY/ATTY FEES 11/22/21 | Debt Secured by Vehicle | $350.00 | $0.00 | $350.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,338.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $7,935.03 | Current Monthly Payment: | $741.00 |
| Paid to Trustee: | $724.21 | Arrearages: | $741.00 |
| Funds on Hand: | $678.76 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

