UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Cenlar FSP

In Re:

Richard Drude,

Debtor.

Case No.:     19-19333-MBK

Chapter:     13

Hearing Date:     7/27/2022

Judge:     Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter:  Motion for Relief re: 9 Forrest Park Terrace  (Docket # 169)

_____

Date:  7/26/2022                                   /s/ Denise Carlon
                                                    Signature

*rev.8/1/15*