Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−19333−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard T Drude
   9 Forest Park Terrace
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5840

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/26/22 at 09:00 AM

to consider and act upon the following:

*174* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/5/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/5/22

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court