# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Cenlar FSB

**Order Filed on August 12, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    Richard T. Drude,

Debtor.

Case No.:  19-19333 MBK

Adv. No.:

Hearing Date:  7/27/2022 @ 9:00 a.m.

Judge:  Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: August 12, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Richard T. Drude
Case No:  19-19333 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

        This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured

Creditor, Cenlar FSB, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real

property located at 9 Forrest Park Terrace, Monroe Township, NJ, 08831, and it appearing that notice of said

motion was properly served upon all parties concerned, and this Court having considered the representations

of attorneys for Secured Creditor and Nicholas Fitzgerald, Esq., attorney for Debtor, and for good cause

having been shown

        It is **ORDERED, ADJUDGED and DECREED** that as of August 1, 2022 Debtor is in arrears

outside of the Chapter 13 Plan to Secured Creditor for payments due January 2022 through August 2022 for a

total post-petition default of $21,154.79 (8 @ $2,645.87, less suspense $12.17); and

        It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the

amount of $21,154.79 will be paid by Debtor remitting $3,525.79 for per month for five months and

$3,525.84 for one month in addition to the regular monthly mortgage payment, which additional payments

shall begin on September 1, 2022 and continue for a period of six months until the post-petition arrears are

cured; and

        It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to

resume September 1, 2022, directly to Secured Creditor's servicer, Cenlar FSB, 425 Phillips Blvd, Ewing, NJ

08618 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the

note and mortgage); and

        It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter

13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made

within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating

Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such

payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

        It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,

supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at

the time of submission to the Court; and

        It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded

reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling

$538.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.