# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Cenlar FSB

CASE NO. 19-19333 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

| | |
|---|---|
| Richard T. Drude | Debtor |
| Kristi Drude | Co-Debtor |
| Jamie Burghardt-Drude | Co-Debtor |

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/21/2012

I, James Browne, employed as Vice President [Xx execution] by Cenlar FSB, hereby certifies the following information:

Recorded on January 18, 2013 in Middlesex County, in Book 15087, at Page 0113.
Property Address: <u>9 Forrest Park Terrace, Monroe Township NJ 08831.</u>

Mortgage Holder: <u>Cenlar FSB</u>

Mortgagor(s)/ Debtor(s): Richard Drude, Kristi Drude and Jamie Burghardt-Drude / Richard T. Drude

POST-PETITION PAYMENTS (Petition filed on May 07, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 08/12/2022. | | | | | - |
| $3,525.79 AO 1 of 5 | 09/01/2022 | | $0.00 | | - |
| $2,645.87 | 09/01/2022 | | $0.00 | | - |
| $3,525.79 AO 2 of 5 | 10/01/2022 | | $0.00 | | - |
| $2,645.87 | 10/01/2022 | | $0.00 | | - |
| $3,525.79 AO 3 of 5 | 11/01/2022 | | $0.00 | | - |
| $2,645.87 | 11/01/2022 | | $0.00 | | - |
| Total Due: $18,514.98 | | Total Received: $0.00 | | Arrears: $18,514.98 | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $2,645.87
Agreed Order payments past due: 3 mos. X $3,525.79
Arrears: $18,514.98

Each current monthly payment is comprised of:
    Principal & Interest:   $1,769.55
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $876.32   (Specify: Escrow)
    TOTAL   $2,645.87

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC effective 12/01/2019; $2,575.91
NOPC effective 12/01/2020: $2,357.98
NOPC effective 12/01/2021: $2,645.87

PRE-PETITION ARREARS: $0.00

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 12-6-2022

_____
Signature (James Browne)