| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Cenlar FSB | Order Filed on December 23, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No: <u>19-19333 MBK</u> |
| In re:<br>Richard T. Drude            Debtor<br><br>Kristi Drude                   Co-Debtor<br><br>Jamie Burghardt-Drude     Co-Debtor | Chapter: <u>13</u><br><br>Judge: Michael B. Kaplan |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 23, 2022**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Upon the motion of  Cenlar FSB, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 9 Forrest Park Terrace, Monroe Township NJ 08831**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.