**Order Filed on July 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

```
Page 1
United States Bankruptcy Court
District of New Jersey -- TRENTON
------------------------------------
Caption in Compliance with D. N.J. LBR 9004-2(c)
Nicholas Fitzgerald Esq./NF 6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 435-7372
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- TRENTON
------------------------------------X
In re:                              Case No: 19-19333-MBK
    Richard T. Drude
                                        CHAPTER 13

                                    Hon. Michael B. Kaplan
                                         U.S.B.J.

        Debtor
---------------------------------X
```

**ORDER RE-OPENING THE DEBTOR'S CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF PERMITTING THE LATE FILING OF THE DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE AND DIRECTING THE ISSUANCE OF A DISCHARGE TO THE DEBTOR AND FOR THE IMMEDIATE RE-CLOSING OF THE CASE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: July 26, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Richard T. Drude
Case No. 19-19333-MBK
Caption: ORDER RE-OPENING THE DEBTOR'S CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF PERMITTING THE LATE FILING OF THE DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE AND DIRECTING THE ISSUANCE OF A DISCHARGE TO THE DEBTOR AND FOR THE IMMEDIATE RE-CLOSING OF THE CASE

-----------------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for the re-opening of the debtor's Chapter 13 case for the limited purpose of permitting the debtor to late file his Certification in Support of Discharge and to compel the issuance of a discharge to the debtor; with the grounds for the motion compelling the issuance of a discharge being that the debtor did now sign his Certification in Support of Discharge; and it having been shown that the debtor did now complete his Certification in Support of Discharge; and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the debtor's Chapter 13 case is hereby re-opened for the limited purposes of permitting the debtor to late file his Certification in Support of Discharge; and it is further

**ORDERED**, that the debtor be and hereby is permitted to late

Page 3

Debtor: Richard T. Drude
Case No. 19-19333-MBK
Caption: ORDER RE-OPENING THE DEBTOR'S CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF PERMITTING THE LATE FILING OF THE DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE AND DIRECTING THE ISSUANCE OF A DISCHARGE TO THE DEBTOR AND FOR THE IMMEDIATE RE-CLOSING OF THE CASE

---

file his Certification in Support of Discharge; and it is further

**ORDERED,** that a trustee shall not be reappointed to this case; and it is further

**ORDERED,** that appropriate official within the Bankruptcy Court Clerk's Office shall review the bankruptcy case for entry of a standard discharge and for the issuance of a standard discharge certificate, if appropriate; and it is further

**ORDERED,** that after the filing of the certificate of debtor education and after the appropriate official within the Bankruptcy Court Clerk's Office has reviewed the bankruptcy case for entry of a standard discharge and after the issuance of a standard discharge certificate, if appropriate, that the case shall be immediately re-closed.