UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:
Richard T. Drude

Case No.: 19-19333
Chapter: 13
Adv. No.:
Hearing Date:
Judge: KAPLAN

## CERTIFICATION OF SERVICE

1. I, Nadia Loftin,

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Nicholas Fitzgerald, Esq., who represents Richard T. Drude in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On July 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Re-Opening the Debtor's Chapter 13 Case for the Limited Purpose of Permitting the Late Filing of the Debtor's certification in Support of Discharge and Directing the Issuance of a Discharge to the Debtor and for the Immediate Re-Closing of the Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 26, 2023

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard T Drude<br>9 Forest Park Terrace<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
649 NEWARK AVENUE
JERSEY CITY, NJ 07306

TELEPHONE (201) 533-1100
FAX (201) 533-1111
nickfitz.law@gmail.com

NEW YORK OFFICE
521 Fifth Avenue, Suite 3010
NEW YORK, NY 10175
1800 828 7763

WEST ORANGE OFFICE
6 MAIN STREET
WEST ORANGE, NJ 07052
(862) 766-5270

## 19-19333-MBK Richard T Drude
## Creditors

**AmeriCredit Financial Services, Inc.**
dba GM Financial
P O Box 183853
Arlington, TX 76096

**Americredit Financial Services, Inc.**
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

**AmeriCredit/GM Financial**
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

**Apothaker Scian PC**
Attn: Kimberly F Scian
520 Fellowship Road
Mount Laurel, NJ 08054

**Capital One, N.A.**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Cavalry Portfolio Services**
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595

Cavalry SPV I LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Cenlar FSB**
425 Phillips Blvd.
Ewing, NJ 08618

**Citibank**
PO Box 653095
Dallas, TX 75265

**Citizens Bank, N.A.**
c/o Cenlar FSB
425 Phillips Blvd.
Ewing, NJ 08618

**Citizens Financial Group**
Franklin American Mortgage
6100 Tower Circle, Ste 600
Franklin, TN 37067

**John Walling**
Court Officer
PO Box 39
Fanwood, NJ 07023

**KML Law Group PC**
Attorneys At Law
216 Haddon Avenue, Suite 406
Westmont, NJ 08108

**Kohls/Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**LVNV Funding/Resurgent Capital**
PO Box 10497
Greenville, SC 29603

**Northland Group**
PO Box 390905
Minneapolis, MN 55439

**QCS**
Qualia Collection Services
PO Box 4699
Petaluma, CA 94955

Southwest Credit Systems
PO Box 650543
Dallas, TX 75265

**Verizon**
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Verizon Wireless**
Attn: Verizon Wireless Bankruptcy Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

**Web Bank/Fingerhut**
6250 Ridgeweood Road
Saint Cloud, MN 56303